UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-11803-JFW(GJSx)**                                      Date:  January 19, 2021

Title:      Julie Ann Goldberg -v- Audi Financial Services, et al.

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
       None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT**

     The Court has reviewed Plaintiff's Voluntary Dismissal of Cause of Action 8, filed January 15, 2021 (Docket No. 26), which was filed in response to the Court's January 11, 2021 Order Regarding Dismissal of Federal Claim (Docket No. 19).  In light of Plaintiff's request that the Court accept the dismissal of her eighth cause of action, the Court **DISMISSES without prejudice** Plaintiff's eighth cause of action for violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.*

     As a result of the dismissal of the only claim over which this Court has original jurisdiction, and after considering judicial economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims.  Indeed, although Plaintiff's state and federal law claims are based on similar facts and theories, the state law claims have unique elements and involve complex issues, which are more appropriately resolved by the state court.  "Needless decisions of state law should be avoided both as a matter of comity and to promote justice between the parties, by procuring for them a surer-footed reading of applicable law."  *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966).  Accordingly, the Court **REMANDS** this action to the Los Angeles Superior Court.

     IT IS SO ORDERED.